718

No. —. Ex parte Wade H. Cooper. December 13, 1943. The motion for leave to file petition for writ of mandamus is denied.

No. 504. Chicago & North Western Railway Co. v. United States et al.

December 20, 1943. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. (1) § 77 (e) and (f) of the Bankruptcy Act; *Ecker* v. *Western Pacific R. Corp.,* 318 U. S. 448, 471–475; *Group of Investors* v. *Chicago, M., St. P. & P. R. Co.,* 318 U. S. 523, 564. (2) *Great Northern Ry. Co.* v. *United States,* 277 U. S. 172, 180–183; *United States* v. *Griffin,* 303 U. S. 226, 234–237. *Mrs. Helen W. Munsert* and *Mr. Luther M. Walter* for appellant. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for the United States et al.; and *Messrs. Kenneth F. Burgess, Fred N. Oliver,* and *Douglas F. Smith* for the Life Insurance Group Committee et al.,—appellees.

No. 266. Harrison, Collector of Internal Revenue, v. Durkee Famous Foods, Inc.

December 20, 1943. *Per Curiam:* The petition for writ of certiorari in this case is granted. The judgment is reversed upon the authority of *Colgate-Palmolive-Peet Co.* v. *United States,* 320 U. S. 422. *Solicitor General Fahy* for petitioner. *Mr. Roger Hinds* for respondent.

No. —. Ex parte Percy Watts. December 20, 1943. The motion for leave to file petition for writ of habeas corpus is denied.